days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–622. IN RE DISBARMENT OF PASTERNAK. It is ordered that Barton A. Pasternak, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–623. IN RE DISBARMENT OF CONNELL. It is ordered that Jerome F. Connell, of Pasadena, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–673. HARTIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ET AL. *v.* ZBARAZ ET AL. C. A. 7th Cir. [Probable jurisdiction postponed, 479 U. S. 881.] Oral argument in this case, set for Wednesday, April 1, 1987, is deferred to a later date. Number 85–6725, *Bourjaily* v. *United States* [certiorari granted, 479 U. S. 881], will be argued in its stead.

No. 85–2079. LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. *v.* ADVANCED LIGHTWEIGHT CONCRETE CO., INC. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1083.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of National Coal Association for leave to file a brief as *amicus curiae* granted.

No. 86–422. CARPENTER ET AL. *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, 479 U. S. 1016.] Motion of petitioners for divided argument denied.

No. 86–964. THOMPSON *v.* THOMPSON, AKA CLAY. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1063.] Motion of Women's Legal Defense Fund et al. for leave to file a brief as *amici curiae* granted.

No. 86–6298. IN RE GILLETTE. Petition for writ of mandamus denied.